**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

MULTI-TECH SYSTEMS, INC.,
a Minnesota corporation,

Plaintiff,

vs.

GATEWAY 2000, INC., GATEWAY COMPANIES, INC., GATEWAY DIRECT L.P., AND GATEWAY.COM L.P.,

Defendants.

Court File No. 00-CV- 295 (ADM/AJB)

**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER**

---

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the above-named parties, through their respective counsel, that the above-named defendants shall have until March 28, 2000 to answer or otherwise respond to plaintiff Multi-Tech Systems, Inc.'s Amended Complaint.

DATED: March 7, 2000

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: Kevin D. Conneely
Ronald J. Schutz (#130849)
Kevin D. Conneely (#192703)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR PLAINTIFF
MULTI-TECH SYSTEMS, INC.

MAR 09 2000
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2241437.1

DATED: March 8, 2000

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: ______________________
W. Joseph Bruckner, Esq. (# 147758)
Eric C. Tostrud, Esq. (# 213548)

100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota 55401
(612) 339-6900

-and-

Roger D. Taylor, Esq.
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
Sun Trust Plaza, Suite 3200
303 Peachtree Street, N.E.
Atlanta, Georgia 30308
(404) 653-6400

ATTORNEYS FOR DEFENDANTS
GATEWAY 2000, INC., GATEWAY COMPANIES, INC., GATEWAY DIRECT L.P., and GATEWAY.COM L.P.

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the foregoing Stipulation, defendants shall have until March 28, 2000, to answer or otherwise respond to the Amended Complaint of plaintiff Multi-Tech Systems, Inc. in this matter.

DATED: March 8, 2000

BY THE COURT:

______________________
Magistrate Judge of the U.S. District Court