UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Multi-Tech Systems, Inc.,

Plaintiff,

ORDER

v.

Civil No. 00-295(ADM/AJB)

Gateway 2000, Inc.,

Defendant

Multi-Tech Systems, Inc.,

Plaintiff,

v.

Civil No. 00-346(DWF/AJB)

Net2Phone, Inc.,

Defendant

Case No. 00-295 having been assigned to Judge Ann D. Montgomery and Case No. 00-346 having later been assigned to Judge Frank, said matters being related cases;

IT IS HEREBY ORDERED that Case No. 00-346 be assigned to Judge Ann D. Montgomery, nunc pro tunc, by use of a card on the Patent List of the automated case assignment system, and the Clerk of Court is directed to void and reuse the cards on the same list pursuant to this Court's Assignment of Cases Order dated May 28, 1998.

IT IS FINALLY ORDERED that a copy of this order shall be placed in each of the above respective files.

Dated: April 5, 2000

JUDGE DONOVAN W. FRANK
UNITED STATES DISTRICT COURT

Dated: April 4, 2000

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT

FILED APR 05 2000
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK