UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MULTI-TECH SYSTEMS, INC.,

Plaintiff,

v.

GATEWAY 2000, INC., ET AL.,

Defendants.

Case No. 00-295 ADM/AJB

NOTICE OF CANCELLATION

---

The undersigned having recused himself in this matter by an Order dated April 20, 2000, hereby gives notice that the pretrial conference scheduled to be held on May 25, 2000, at 1:45 p.m., in Room 638 of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge has been canceled.

Dated: 4/25/00

Arthur J. Boylan
U. S. Magistrate Judge

Filed APR 25 2000
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________