**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

MULTI-TECH SYSTEMS, INC.,

Plaintiff,

v.

GATEWAY 2000, INC., ET AL.,

Defendant.

Civil No. 00-295 ADM/AJB

**ORDER OF RECUSAL**

---

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter.

Dated: 4/20/00

ARTHUR J. BOYLAN
United States Magistrate Judge

FILED APR 20 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Mutlti-Tech v. Gateway 2000, Inc. Civil 00-295 ADM/RLE

Magistrate Raymond L Erickson is now the Magistrate on this case