UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MULTI-TECH SYSTEMS, INC., Case No. 00-295 ADM/AJB

Plaintiff,

v. ORDER

GATEWAY 2000, INC., ET AL.,

Defendants.

---

WHEREAS, the undersigned issued an order of recusal on April 20, 2000, and

WHEREAS, the Court has received a notice from the attorney representing the plaintiff stating that plaintiff has no objections to the Court continuing to preside in this matter, despite the fact that the undersigned's daughter has recently become an associate attorney with the law firm representing the defendant, and

WHEREAS, the undersigned has reviewed the provisions of 28 U.S.C. § 455(a) and believes that recusal is not mandatory,

NOW THEREFORE, the Court hereby strikes the Order of Recusal dated April 20, 2000.

IT IS FURTHER ORDERED that the pretrial conference originally scheduled to be heard on May 25, 2000, at 1:45 p.m., in Room 638 of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, shall proceed as originally scheduled.

Dated: 5/2/00

Arthur J. Boylan
U. S. Magistrate Judge

Filed MAY 02 2000
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________