#234294

# UNITED STATES DISTRICT COURT

**District of Minnesota**
**Clerk's Office, 708 Federal Building,**
**316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 00-CV-295 ADM/AJB **Case Title:** Multi-tech Systems, Inc. v. Gateway, Inc et al

**Affidavit of Movant**

I, Eric C. Tostrud, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Roger D. Taylor, an attorney admitted to practice in the Northern District of Georgia, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (x)defendant Gateway Inc. et al. in the case(s) listed below. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed below, and that I accept service of all papers served.

E. C. T. (signature)

Signature

#213548
MN Attorney License #

4/26/00
Date

**Affidavit of Proposed Admittee**

I, Roger D. Taylor, am currently a member in good standing of the U.S. District Court for the Northern District of Georgia, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Roger D. Taylor
Type/Print Name

(signature)
Signature

4-24-00
Date

Attorney License Number: 342927

Law Firm Name & Address: Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
303 Peachtree Street NE, Suite 3200
Atlanta, GA 30308

Telephone: (404) 653-6400

Motion Granted: Francis E. Dosal (signature)
For the Court: Francis E. Dosal, Clerk

MAY 3 2000
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

6/99