**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MULTI-TECH SYSTEMS, INC.,
a Minnesota Corporation,

Plaintiff,

v.

GATEWAY 2000, INC. (F/K/A GATEWAY, INC.); GATEWAY COMPANIES, INC.; GATEWAY DIRECT L.P.; and GATEWAY.COM, L.P.,

Defendants.

Case No. 00-CV-295 ADM/RLE

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), Plaintiff Multi-Tech Systems, Inc. and Defendants Gateway 2000, Inc. (f/k/a Gateway, Inc.), Gateway Companies, Inc., Gateway Direct L.P., and Gateway.com, L.P. stipulate to the dismissal of all claims and counterclaims in this action with prejudice. The parties agree that each party shall bear its own costs, disbursements, and attorneys' fees incurred in this action.

Dated: February 23, 2005

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

/s/ Misti Nelc
Ronald J. Schutz (#130849)
Misti Nelc (#296090)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
Phone: (612) 349-8500

**ATTORNEYS FOR PLAINTIFF**
**MULTI-TECH SYSTEMS, INC.**

Dated: February 16, 2005

**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.**

/s/ Roger Taylor

Roger D. Taylor
Virginia L. Carron
303 Peachtree St. NE
Suite 3200
Atlanta, GA 30308
Phone: 404-653-6400

and

Eric C. Tostrud (#213548)
Lockridge Grindal Nauen P.L.L.P.
2200 Washington Square
100 Washington Avenue South
Minneapolis, Minnesota 55401-2179
Phone: 612-339-6900

**ATTORNEYS FOR DEFENDANTS GATEWAY 2000, INC. (F/K/A GATEWAY, INC.); GATEWAY COMPANIES, INC.; GATEWAY DIRECT L.P.; and GATEWAY.COM, L.P.**