**CERTIFICATE OF SERVICE**

I certify that on February 23, 2005, I have caused the following document:

Stipulation of Dismissal

to be filed electronically with the Clerk of Court through ECF, and ECF will send an e-notice of electronic filing to the following:

| | |
|---|---|
| W. Joseph Bruckner | wjbruckner@locklaw.com |
| Kevin D. Conneely | kevin.conneely@leonard.com |
| Darren Brayer Schwiebert | dschwiebert@fredlaw.com |
| Eric Christian Tostrud | ectostrud@locklaw.com |

I further certify that I have caused a copy of the following:

Stipulation of Dismissal

to be served by U.S. mail as noted below to the following:

Virginia L. Carron
Finnegan, Henderson, Farabow, Garrett & Dunner
303 Peachtree St., NE, Suite 3200
Atlanta, GA 30308

Roger D. Taylor
Finnegan, Henderson, Farabow, Garrett & Dunner
303 Peachtree St., NE, Suite 3200
Atlanta, GA 30308

Date: February 23, 2005

**s/ Misti Nelc**
Misti Nelc