**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| MULTI-TECH SYSTEMS, INC.,<br>a Minnesota Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GATEWAY 2000, INC. (F/K/A GATEWAY, INC.); GATEWAY COMPANIES, INC.; GATEWAY DIRECT L.P.; and GATEWAY.COM, L.P.,<br><br>Defendants. | Case No. 00-CV-295 ADM/RLE |

**CERTIFICATE OF SERVICE FOR PROPOSED ORDER OF DISMISSAL**

I certify that on February 23, 2005, I have caused the Proposed Order of Dismissal, which was e-mailed to Judge Montgomery's chambers on February 23, 2005, to be served by U.S. mail as noted below to the following:

Virginia L. Carron
Finnegan, Henderson, Farabow, Garrett & Dunner
303 Peachtree St., NE, Suite 3200
Atlanta, GA 30308

Roger D. Taylor
Finnegan, Henderson, Farabow, Garrett & Dunner
303 Peachtree St., NE, Suite 3200
Atlanta, GA 30308

Date: February 23, 2005

/**s/ Misti Nelc**
Misti Nelc