**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

MULTI-TECH SYSTEMS, INC.,
a Minnesota Corporation,

Plaintiff,

v.

GATEWAY 2000, INC. (F/K/A GATEWAY, INC.); GATEWAY COMPANIES, INC.; GATEWAY DIRECT L.P.; and GATEWAY.COM, L.P.,

Defendants.

---

Case No. 00-CV-295 ADM/RLE

**ORDER OF DISMISSAL**

In light of the parties' Stipulation of Dismissal, which was filed electronically on February 23, 2005, and assigned ECF document number 39, all claims and counterclaims in this action are dismissed with prejudice. Each party shall bear its own costs, disbursements, and attorneys' fees incurred in this action.

IT IS SO ORDERED.

Dated: February 23, 2005

S/Ann D. Montgomery
JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT